## JAY ag^t WHARTON

Joseph Jay as Assignee to his Father Thomas Jay of Hingham Carpenter plaint. ag^t Richard Wharton of Boston Merchant Defend^t for witholding a debt to the value of twenty five pounds in money or thereabout due for land in Boston according to the apprizement of m^r John Saffin m^r John Sunderland & Deacon Henry Allen as by a writeing bearing date the .12th day of July. 1673. Subscribed by them doth more fully & largely appeare with all other due damages according to Attachm^t Dat. Aprill: 21° 1675 . . . the Jury . . . founde a speciall verdict viz^t that if the mony in m^r Rich^d Whartons hand extended upon by the Marshall bee legally s^d to bee m^r Jayes though not deliver^d to him then wee finde for the Defend^t costs of Court; but if not wee finde for the plaint. twenty two pounds ten Shillings in money damage & costs of Court. The Magistrates on consideracion of this verdict declare for the plaint. the Defend^t appealed from this judgem^t unto the next Court of Assistants & himselfe principall in £.44. Sampson Sheafe & Tho: Bendish Sureties in £22. apeice acknowledged themselves respectiuely bound to . . . prosecute his appeale . . .

[Attachments, appraisals, assignments and bill of costs are in S. F. 1376.1, 3, 5, 6. Wharton's Reasons of Appeal have not been preserved. Joy's answer (S. F. 1376.4) follows:

Joseph Joy assignee to his Father his answer to m^r Richard Whartons Reason of Apple from the Judgm^t of the County Court held in Boston Aprill 27th 1675

First whereas he alleadgeth that it was not made Evident that Joy or any authorized by him did legally alienate the land mentioned in the Attachm^t

Answ: m^r Wharton owned in Court the apprizm^t of the land giuen in vnder the hand[es] of Deacon Allin And m^r Jn° Saffin and m^r John Sunderland w^ch was a sufficient Evidence and needed noe further proofe And the said Allin Saffin & Sunderland awarded the present plantiffe to pay the money mentioned in the attachm^t And if any man haue land or other estate deliuered vnto him by Execution such deliuery makes him suffiently capable to giue a legall Conveyance as the land in question was And therfore not to trouble the Court w^th a long preamble

the defend$^t$ doth humbly conceue this hon$^r$d Court & Jury will see noe cause to reverse the Judgm$^t$ of the former Court but rather to Confirme the same The Issue whereof hee leaues to the wisdome & prudence of that hon$^d$ Court and subscribes himselfe y$^r$ humble Ser$^t$

Joseph Joy

At the Court of Assistants (Records, i. 48) the Jury reversed the former judgment and awarded Wharton 52$s$ 1$d$ costs.]